UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| MARK JARRETT | ) |
| | ) CASE NO. 17-31949-DHW-13 |
| Debtor(s). | ) |

<u>OBJECTION TO CONFIRMATION</u>

Now comes STERLING JEWELERS INC. dba KAY JEWELERS, by its attorneys, Chambless Math ❖ Carr, P.C., and objects to confirmation of the Debtor's proposed plan and in support thereof states as follows:

1. The Creditor has filed a claim in the amount of $2,509.17 which is secured by VARIOUS ITEMS OF JEWELRY.

2. The plan fails to provide for the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5).

3. The plan fails to provide an appropriate risk adjusted interest rate to be paid on the secured claim of this creditor as required by 11 U.S.C. Section 1325(a)(5)(B)(ii).

WHEREFORE, STERLING JEWELERS INC. dba KAY JEWELERS, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

STERLING JEWELERS INC. dba KAY JEWELERS

By: /s/ Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this July 31, 2017.

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO BOX 173
MONTGOMERY AL 36101

RICHARD D SHINBAUM
SHINBAUM & CAMPBELL
PO BOX 201
MONTGOMERY AL 36101

MARK JARRETT
64 POORHILL CIRCLE
WETUMPKA AL 36092

/s/ Leonard N. Math